UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. EDCV17-00620 JLS (KS)  Date: May 23, 2017

Title: Ramona Rios v. Dollar Tree Stores, Inc., et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                        Not Present

**PROCEEDINGS:  (IN CHAMBERS)   ORDER TO SHOW CAUSE ("OSC")
                ORDER CONTINUING SCHEDULING CONFERENCE**

On April 3, 2017, the Court set a scheduling conference for May 26, 2017, and ordered counsel to "file a Joint 26(f) Report . . . **no later than 14 days before the date set for the scheduling conference.**"  (Doc. 7 ¶ 1.)  The parties failed to comply with the Court's Order.  Pursuant to the Court's discretion under Federal Rule of Civil Procedure 37(b)(2)(A)(v)-(vii), failure to submit a Joint Rule 26(f) Report may result in the Court dismissing the case, entering a default, and/or finding the parties in contempt of court for failure to obey a court order.

On its own motion, therefore, the Court hereby orders counsel to show cause why the Court should not dismiss this action, enter a default, and/or find the parties in contempt for counsel's failure to submit a Joint Rule 26(f).  **No later than** June 9, 2017, counsel shall submit a Joint Rule 26(f) Report and a separate written response explaining why counsel has failed to comply with the Court's filing deadlines.

The Court CONTINUES the May 26, 2017 Scheduling Conference to June 23, 2017 at 1:30 p.m.

**IT IS SO ORDERED.**

Initials of Preparer: __tg____